UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES<br><br>Plaintiffs,<br><br>v.<br><br>RUSCO STEEL COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 07-cv-110 |

## AFFIDAVIT OF SERVICE
## ON DEFENDANTS RUSCO STEEL COMPANY, *et. al.*

I hereby affirm that a copy of Plaintiffs' complaint and summonses were served on Defendants on January 23, 2007, via overnight delivery at the following addresses:

> Robert S. Russell, President
> Rusco Steel Company a.k.a. Rusco Steel Co.
> Rusco Steel Fabrication Company
> Russell Investments, Inc.
> 25 Bleachery Court
> Warwick, RI 02886

> and

> James R. Melvin, Jr.
> Rusco Enterprises, Inc.
> Rusco Real Estate Company
> 19 Stanfield Lane
> Broomall, PA 19008

I declare that the foregoing is true and correct.

Date:   February 2, 2007               /s/ Brent Glodowski
                                   Brent Glodowski
                                   SLEVIN & HART, P.C.
                                   1625 Massachusetts Ave., N.W., Suite 450
                                   Washington, D.C.  20036
                                   (202) 797-8700

                                   Paralegal

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/31895/1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES<br><br>Plaintiffs,<br><br>v.<br><br>RUSCO STEEL COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 07-cv-110 |

## AFFIDAVIT OF SERVICE
## ON DEFENDANTS RUSCO STEEL COMPANY, *et. al.*

I hereby affirm that a copy of Plaintiffs' complaint and summonses were served on Defendants on January 23, 2007, via overnight delivery at the following addresses:

>Robert S. Russell, President
>Rusco Steel Company a.k.a. Rusco Steel Co.
>Rusco Steel Fabrication Company
>Russell Investments, Inc.
>25 Bleachery Court
>Warwick, RI 02886

>and

>James R. Melvin, Jr.
>Rusco Enterprises, Inc.
>Rusco Real Estate Company
>19 Stanfield Lane
>Broomall, PA 19008

I declare that the foregoing is true and correct.

Date:   February 2, 2007                    /s/ Brent Glodowski
                                            Brent Glodowski
                                            SLEVIN & HART, P.C.
                                            1625 Massachusetts Ave., N.W., Suite 450
                                            Washington, D.C.  20036
                                            (202) 797-8700

                                            Paralegal

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/31895/1

# EXHIBIT A





UPS Uni

Home | About UPS | Contact UPS | Getting Started @ UPS.com

**Shipping** | **Tracking** | **Freight** | **Locations** | **Support** | **Business Solutions**

**Tracking**

   **Track Shipments**
     Track by Reference
     Get Signature Images
     Track by E-mail
     Import Tracking Numbers
     SMS Tracking
     Track with Quantum View
     Access Flex Global View
     Integrate Tracking Tools
     Void a Shipment
     Help

Log-In  User ID:          Password:              | Forgot Password

## Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

**Tracking Detail**                                              Printer Friend

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z F2R 941 01 9732 575 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 01/23/2007 9:29 A.M. |
| Signed by: | OLIVER |
| Location: | RECEIVER |
| Delivered to: | WARWICK, RI, US |
| Shipped or Billed on: | 01/22/2007 |
| Service Type: | NEXT DAY AIR |

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| WARWICK, RI, US | 01/23/2007 | 9:29 A.M. | DELIVERY |
|  | 01/23/2007 | 7:50 A.M. | OUT FOR DELIVERY |
|  | 01/23/2007 | 7:00 A.M. | ARRIVAL SCAN |
| EAST BOSTON, MA, US | 01/23/2007 | 5:52 A.M. | DEPARTURE SCAN |
|  | 01/23/2007 | 5:34 A.M. | ARRIVAL SCAN |
| PHILADELPHIA, PA, US | 01/23/2007 | 4:36 A.M. | DEPARTURE SCAN |
| PHILADELPHIA, PA, US | 01/22/2007 | 11:39 P.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 01/22/2007 | 9:30 P.M. | DEPARTURE SCAN |
|  | 01/22/2007 | 7:04 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 01/22/2007 | 4:35 P.M. | PICKUP SCAN |
| US | 01/22/2007 | 2:23 P.M. | BILLING INFORMATION RECEIV |

Tracking results provided by UPS: 02/01/2007 12:14 P.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]

Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Shopmen Pension Fund and its
Board of Trustees

**SUMMONS IN A CIVIL CASE**

V.

Rusco Steel Company a.k.a. Rusco Steel
Co.

CASE NUMBER  1:07CV00110

JUDGE: Reggie B. Walton

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 01/16/2007

TO: (Name and address of Defendant)

Rusco Steel Company a.k.a. Rusco Steel Co.
Serve: Robert S. Russell, President
    25 Bleachery Court
    Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, D.C. Bar #416183
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW Ste. 450
Washington, DC 20036
(T) 202/797-8700
(F) 202/234-8231

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 6 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 23, 2007 |
| NAME OF SERVER (PRINT) Brent Gladowski | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Documents sent via Overnight Delivery. Documents received on January 23, 2007 and signed for by Oliver.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 2, 2007  _____
            Date                Signature of Server

Slevin & Hart, P.C.
1625 Massachusetts Ave, NW Ste. 450
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Shopmen Pension Fund and its
Board of Trustees

**SUMMONS IN A CIVIL CASE**

V.

Rusco Steel Fabrication Company

CASE NUMBER 1:07CV00110

C. JUDGE: Reggie B. Walton

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 01/16/2007

TO: (Name and address of Defendant)

Rusco Steel Fabrication Company
Serve: Robert S. Russell, President
       25 Bleachery Court
       Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, D.C. Bar #416183
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW Ste. 450
Washington, DC 20036
(T) 202/797-8700
(F) 202/234-8231

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        JAN 1 6 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  January 23, 2007 |
| NAME OF SERVER (PRINT)  Brent Gladowski | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents sent via Overnight Delivery. Documents received on January 23, 2007 and signed for by Oliver.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 2, 2007        [signature]
                Date              Signature of Server

Slevin & Hart, P.C.
1625 Massachusetts Ave, NW Ste. 450
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Shopmen Pension Fund and its
Board of Trustees

**SUMMONS IN A CIVIL CASE**

V.

Russell Investments, Inc.

CASE NUMBER 1:07CV00110

JUDGE: Reggie B. Walton

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 01/16/2007

TO: (Name and address of Defendant)

Russell Investments, Inc.
Serve: Robert S. Russell, President
25 Bleachery Court
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, D.C. Bar #416183
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW Ste. 450
Washingon, DC 20036
(T) 202/797-8700
(F) 202/234-8231

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     JAN 16 2007
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  JANUARY 23, 2007 |
| NAME OF SERVER (PRINT)  Brent Gladowski | TITLE  PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): DOCUMENTS SENT VIA Overnight DELIVERY. DOCUMENTS RECEIVED ON JANUARY 23, 2007 AND SIGNED FOR BY OLIVER.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEBRUARY 2, 2007         [signature]
                    Date                              Signature of Server

SLEVIN & HART, P.C.
1625 MASSACHUSETTS AVE, NW STE. 450
WASHINGTON, DC 20036
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

**Shipping | Tracking | Freight | Locations | Support | Business Solutions**

### Tracking

**Track Shipments**
Track by Reference
Get Signature Images
Track by E-mail
Import Tracking Numbers
SMS Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

Log-In   User ID:        Password:           | Forgot Password

## Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Detail**                                            Printer Friend

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z F2R 941 01 9876 534 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 01/23/2007 10:00 A.M. |
| Location: | REAR DOOR |
| Delivered to: | BROOMALL, PA, US |
| Shipped or Billed on: | 01/22/2007 |
| Service Type: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| PHILADELPHIA, PA, US | 01/23/2007 | 10:00 A.M. | DELIVERY |
| | 01/23/2007 | 8:11 A.M. | OUT FOR DELIVERY |
| | 01/23/2007 | 5:17 A.M. | ARRIVAL SCAN |
| LAWNSIDE, NJ, US | 01/23/2007 | 4:49 A.M. | DEPARTURE SCAN |
| | 01/23/2007 | 1:41 A.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 01/22/2007 | 9:45 P.M. | DEPARTURE SCAN |
| | 01/22/2007 | 7:09 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 01/22/2007 | 4:35 P.M. | PICKUP SCAN |
| US | 01/22/2007 | 2:17 P.M. | BILLING INFORMATION RECEIV |

Tracking results provided by UPS: 02/01/2007 12:13 P.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]
Log in or register to e-mail this page to up to three recipients.
 → Log in
 → Register

http://wwwapps.ups.com/WebTracking/summary                                 2/1/2007

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Shopmen Pension Fund and its
Board of Trustees

**SUMMONS IN A CIVIL CASE**

V.

Rusco Enterprises, Inc.

CASE NUMBER 1:07CV00110

JUDGE: Reggie B. Walton

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 01/##/2007

TO: (Name and address of Defendant)

Rusco Enterprises, Inc.
Serve: James R. Melvin, Jr.
       19 Stanfield Lane
       Broomall, PA 19008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, D.C. Bar #416183
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW Ste. 450
Washingon, DC 20036
(T) 202/797-8700
(F) 202/234-8231

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 16 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE JANUARY 23, 2007 |
| NAME OF SERVER (PRINT) BRENT GLODOWSKI | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): DOCUMENTS WERE SENT VIA OVERNIGHT DELIVERY AND DELIVERED TO ADDRESS ON SUMMONS ON JANUARY 23, 2007

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 2, 2007
         Date

Signature of Server

SLEVIN & HART, PC
1625 MASSACHUSETTS AVE, NW, STE.
WASHINGTON, DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Shopmen Pension Fund and its
Board of Trustees

**SUMMONS IN A CIVIL CASE**

V.

Rusco Real Estate Company

CA

CASE NUMBER  1:07CV00110

JUDGE: Reggie B. Walton

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 01/16/2007

TO: (Name and address of Defendant)

Rusco Real Estate Company
Serve: James R. Melvin, Jr.
   19 Stanfield Lane
   Broomall, PA 19008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, D.C. Bar #416183
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW Ste. 450
Washington, DC 20036
(T) 202/797-8700
(F) 202/234-8231

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN 1 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE JANUARY 23, 2007 | |
| NAME OF SERVER (PRINT) BRENT GLODOWSKI | TITLE PARALEGAL | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): DOCUMENTS WERE SENT VIA OVERNIGHT DELIVERY AND DELIVERED TO ADDRESS ON SUMMONS ON JANUARY 23, 2007

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 2, 2007
           Date         Signature of Server

SLEVIN & HART, PC
1625 MASSACHUSETTS AVE, NW, STE.
WASHINGTON, DC 20036
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.