CO-386-online
10/03

# United States District Court
# For the District of Columbia

National Shopmen Pension Fund )
)
)
)
)
Plaintiff )      Civil Action No. __07-cv-110_____
vs )
)
Rusco Steel Company, et. al. )
)
)
Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Rusco Steel Company a.k.a. Rusco Steel Co.__ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__413183_____
BAR IDENTIFICATION NO.

Marc Rifkind
_____
Print Name

Slevin & Hart, P.C. 1625 Massachusetts Ave., NW Ste. 450
_____
Address

Washington, DC          20036
_____
City          State          Zip Code

(202) 797-8700
_____
Phone Number