UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> RUSCO STEEL COMPANY, *et al.* <br><br> **Defendants.** | ) ) ) ) ) ) ) ) Civil Action No. 07-cv-110 ) ) ) ) ) ) ) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 17th day of September, 2007, that I am the attorney of record for the Plaintiffs in the above-entitled case; that the Defendants, Rusco Steel Company a.k.a. Rusco Steel Co., Rusco Steel Fabrication Company, and Russell Investments, Inc., were served with process via overnight mail on January 23, 2007, and Defendant Robert S. Russell was served with process via overnight mail on February 23, 2007, pursuant to the provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure at the following address:

>25 Bleachery Court
>Warwick, RI 02886.

I further certify that: no appearance has been entered by said Defendants in this case; no pleading has been filed and none served upon the attorney for the Plaintiffs; no extension has been given and the time for filing has expired; and, that the Defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said Defendants.

Dated: September 17, 2007         __/s/ Marc Rifkind_____
                                              Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                              SLEVIN & HART, P.C.
                                              1625 Massachusetts Avenue, NW, Suite 450
                                              Washington, DC   20036
                                              202-797-8700  (Telephone)
                                              202-234-8231  (Facsimile)

                                              Counsel for Plaintiffs

DM: 64615





Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

**Shipping** | **Tracking** | **Freight** | **Locations** | **Support** | **Business Solutions**

### Tracking

**Track Shipments**
   Track by Reference
   Get Signature Images
   Track by E-mail
   Import Tracking Numbers
   SMS Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

Log-In   User ID:         Password:              | Forgot Password

# Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

**Tracking Detail**                                           Printer Friend

**Your package has been delivered.**

Tracking Number:       1Z F2R 941 01 9732 575 0
Type:                  Package
Status:                **Delivered**
Delivered on:          01/23/2007 9:29 A.M.
Signed by:             OLIVER
Location:              RECEIVER
Delivered to:          WARWICK, RI, US
Shipped or Billed on:  01/22/2007
Service Type:          NEXT DAY AIR

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| WARWICK, RI, US | 01/23/2007 | 9:29 A.M. | DELIVERY |
|  | 01/23/2007 | 7:50 A.M. | OUT FOR DELIVERY |
|  | 01/23/2007 | 7:00 A.M. | ARRIVAL SCAN |
| EAST BOSTON, MA, US | 01/23/2007 | 5:52 A.M. | DEPARTURE SCAN |
|  | 01/23/2007 | 5:34 A.M. | ARRIVAL SCAN |
| PHILADELPHIA, PA, US | 01/23/2007 | 4:36 A.M. | DEPARTURE SCAN |
| PHILADELPHIA, PA, US | 01/22/2007 | 11:39 P.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 01/22/2007 | 9:30 P.M. | DEPARTURE SCAN |
|  | 01/22/2007 | 7:04 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 01/22/2007 | 4:35 P.M. | PICKUP SCAN |
| US | 01/22/2007 | 2:23 P.M. | BILLING INFORMATION RECEIV |

Tracking results provided by UPS: 02/01/2007 12:14 P.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]

http://wwwapps.ups.com/WebTracking/summary                                2/1/2007



✖ Close Window

# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z F2R 941 01 9588 974 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 02/23/2007  10:58 A.M. |
| Signed by: | BREND |
| Location: | OFFICE |
| Delivered to: | WARWICK, RI, US |
| Shipped or Billed on: | 02/22/2007 |
| Service Type: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| WARWICK, RI, US | 02/23/2007 | 10:58 A.M. | DELIVERY |
| | 02/23/2007 | 8:45 A.M. | OUT FOR DELIVERY |
| | 02/23/2007 | 8:40 A.M. | ARRIVAL SCAN |
| EAST BOSTON, MA, US | 02/23/2007 | 7:23 A.M. | DEPARTURE SCAN |
| | 02/23/2007 | 6:21 A.M. | ARRIVAL SCAN |
| PHILADELPHIA, PA, US | 02/23/2007 | 5:13 A.M. | DEPARTURE SCAN |
| | 02/23/2007 | 12:14 A.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 02/22/2007 | 9:30 P.M. | DEPARTURE SCAN |
| | 02/22/2007 | 8:03 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 02/22/2007 | 6:01 P.M. | PICKUP SCAN |
| US | 02/22/2007 | 5:17 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS:  02/27/2007  12:16 P.M.  EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

✖ Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/printSummary?loc=en_US&page=print&rowCoun...    2/27/2007

UPS: Tracking Information   Page 2 of 2
Case 1:07-cv-00110-RBW   Document 6   Filed 09/17/2007   Page 5 of 5

Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered for you to UPS for delivery and for no other purpose. Any other use of UPS tracking system information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RUSCO STEEL COMPANY, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 07-cv-110<br><br>In re:<br>RUSCO STEEL COMPANY, *et al.* |

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 17th day of September, 2007, that I am the duly authorized agent of the Plaintiffs in the above-listed case and make this certificate on Plaintiffs' behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the Plaintiffs, I have caused careful investigation to be made to ascertain whether or not the above-named Defendants are in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said Defendants are not in the military service of the United States or its Allies, that is to say said Defendants are not a member of the Army of the United States, the United States Navy, the

Marine Corps, the Coast Guard and are not officers of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said Defendants are not on active duty with any branches aforesaid, nor are said Defendants under training or education under the supervision of the United States preliminary to induction into the military services; and the Defendants are not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor have said Defendants been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor are the Defendants members of the Enlisted Reserve Corps ordered to report for military service, but are employed as officers of Defendants Rusco Steel Company a.k.a. Rusco Steel Co., Rusco Steel Fabrication Company, and Russell Investments, Inc.

Dated:  September 17, 2007              __/s/ Marc Rifkind_____
                                                      Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                                      SLEVIN & HART, P.C.
                                                      1625 Massachusetts Avenue, NW, Suite 450
                                                      Washington, DC   20036
                                                      202-797-8700  (Telephone)
                                                      202-234-8231  (Facsimile)

                                                      Counsel for Plaintiffs

DM: 64619