Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND, et al

    Plaintiff(s)

v.

Civil Action No. 07-110 RBW

RUSCO STEEL COMPANY, et al

    Defendant(s)

RE: RUSCO STEEL COMPANY (AKA RUSCO STEEL CO); RUSCO STEEL FABRICATION COMPANY; RUSSELL INVESTMENTS INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 23, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of Sept., 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens

Deputy Clerk