Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND, et al
_____

      Plaintiff(s)

    v.

Civil Action No.  07-110 RBW
_____

RUSCO STEEL COMPANY, et al
_____

      Defendant(s)

RE:  ROBERT S. RUSSELL


### DEFAULT


It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on    February 23, 2007    , and an affidavit on behalf of the plaintiff having been filed, it is this  18th  day of ____Sept.____, 2007 declared that  defendant(s) is/are in default.


NANCY MAYER-WHITTINGTON, Clerk


By: _____
                  N. Wilkens
                Deputy Clerk