UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, <br> AND ITS BOARD OF TRUSTEES <br><br> Plaintiffs, <br><br> v. <br><br> RUSCO STEEL COMPANY, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-cv-110 <br> ) <br> ) <br> ) <br> ) <br> ) |

**ERRATA:**
**SUBSTITUTION OF CERTIFICATE OF SERVICE**

The National Shopmen Pension Fund and its Board of Trustees (collectively "Plaintiffs"), substitute the Certificate of Service originally filed in support of their Motion for Default Judgment (Doc. #9). The address for Defendant's attorney has changed to 317 Iron Horse Way, Suite 301, Providence, Rhode Island 02908.

                                                                Respectfully submitted,

                                                               _s/ Marc Rifkind_____
                                                               Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                                               SLEVIN & HART, P.C.
                                                               1625 Massachusetts Avenue, NW, Suite 450
                                                               Washington, DC   20036
                                                               202-797-8700 (Telephone)
Dated:  October 5, 2007                             202-234-8231 (Facsimile)

70127

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES<br><br>Plaintiffs,<br><br>v.<br><br>RUSCO STEEL COMPANY, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-cv-110<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiffs National Shopmen Pension Fund ("Fund") and its Trustees respectfully move this Court, pursuant to Fed. R. Civ. P. 55, for judgment by default in favor of the Plaintiffs and against the Defendants, Rusco Steel Company a.k.a. Rusco Steel Co. ("Rusco"), Rusco Steel Fabrication Company, Russell Investments, Inc., and Robert S. Russell ("Defendants"), and granting the relief requested by the Plaintiffs. Plaintiffs are entitled as a matter of law to a default judgment in its favor, consisting of the following:

As to Plaintiffs, Fund and its Trustees, against Defendants:

(1) withdrawal liability in the amount of $1,345,389.00;

(2) liquidated damages at the rate of 20% of the delinquent withdrawal liability amount equal to $269,077.80;

(3) interest at the rate of 5% per annum for the months of March 2004 through May 2004 and September 2004 through February 2005, 4% per annum for the months of July 2004 through August 2004, and 6% per annum for the month of March 2005 on the delinquent payments from date due through the date of default in the amount of $1,633.52, and interest on

the entire withdrawal liability amount from the date of default through September 5, 2007 at the rate of 6% per annum in the amount of $192,851.38;

(a) Attorneys' fees and costs incurred in this matter from March 18, 2004 to July 25, 2007 in the amount of $10,982.88;

(b) Such other relief as the court may deem proper. In support, Plaintiffs state as follows, and submit, declarations of A. H. Higgs and Marc Rifkind, which are incorporated herein by reference:

1. On February 14, 2007, Plaintiffs filed a complaint against Defendants to collect withdrawal liability due and owing to the Fund.

2. Defendants failed to file an answer or other responsive pleading within the time limit prescribed by Fed. R. Civ. P. 12.

WHEREFORE, Plaintiffs, the Fund and its Trustees, request as follows:

(a) That Defendants be adjudged to be in default; and

(b) That default judgment be entered against Defendants in conformity with the relief requested in Plaintiffs' Complaint in this action. (A proposed order, which grants the abovementioned requests and incorporates the amounts reflected in the declarations accompanying this motion, is attached for the Court's consideration.)

Respectfully submitted,

_s/ Marc Rifkind_____
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
202-797-8700 (Telephone)
Dated: September 19, 2007        202-234-8231 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify this 19 day of September, 2007, that I caused to be served a copy of the foregoing *Motion for Default Judgment*, *Memorandum of Points and Authorities In Support of Motion for Default Judgment*, *Declaration of Marc H. Rifkind*, *Declaration of A. H. Higgs*, a proposed *Order and Judgment*, and supporting exhibits by sending a copy of same via overnight delivery, postage-prepaid to the following parties:

>William E. O'Gara
>Pannone, Lopes & Devereaux
>1800 Financial Plaza
>Providence, RI 02903

Respectfully submitted,

_s/ Marc Rifkind_____
Marc Rifkind, Esq. (D.C. Bar No. 41618)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, D.C. 20036
(202) 797-8700 (Telephone)
(202) 234-8231 (Facsimile)

Dated:  September 19, 2007

DM: 57923

**CERTIFICATE OF SERVICE**

I hereby certify this 5 day of October, 2007, that I caused to be served a copy of the foregoing *Motion for Default Judgment*, *Memorandum of Points and Authorities In Support of Motion for Default Judgment*, *Declaration of Marc H. Rifkind*, *Declaration of A. H. Higgs*, a proposed *Order and Judgment*, and supporting exhibits by sending a copy of same via overnight delivery, postage-prepaid to the following parties:

> William E. O'Gara
> 317 Iron Horse Way
> Suite 301
> Providence, RI 02908
>
> and
>
> Robert Russell
> Rusco Steel Company a.k.a. Rusco Steel Co.
> Rusco Steel Fabrication Company
> Russell Investments, Inc.
> 25 Bleachery Court
> Warwick, RI 02886
>
> and
>
> Office of the Secretary of State
> State of Rhode Island
> 148 W. River Street
> Providence, RI 02904-2615

>                                         Respectfully submitted,
>
>                                          _s/ Marc Rifkind_____
>                                         Marc Rifkind, Esq. (D.C. Bar No. 41618)
>                                         SLEVIN & HART, P.C.
>                                         1625 Massachusetts Avenue, NW, Suite 450
>                                         Washington, D.C. 20036
>                                         (202) 797-8700 (Telephone)
Dated: October 5, 2007              (202) 234-8231 (Facsimile)

69953