UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SHOPMEN PENSION | : | |
| FUND AND ITS BOARD OF TRUSTEES | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 07-00110 RBW |
| | : | |
| RUSSELL STEEL COMPANY, ET AL. | : | |
| Defendants | : | |

MOTION TO EXTEND TIME TO RESPOND TO
MOTION FOR DEFAULT JUDGMENT

Plaintiffs National Shopmen Pension Fund and its Board of Trustees respectfully move

this Court to extend to November 15, 2007 the time allowed the defendants to respond to the

Motion for Default Judgment.  A proposed Order granting said motion is included herewith.

Respectfully submitted,

/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
Tel:  202-797-8700
Fax:  202-234-8231

CERTIFICATION

I hereby certify this 16th day of October, 2007 that I caused to be served a copy of the foregoing Motion to Extend Time to Respond to Motion for Default Judgment by sending a copy via overnight delivery, postage prepaid to the following parties:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI  02908

Respectfully submitted,

/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
Tel:  202-797-8700
Fax:  202-234-8231

Dated:  October 16, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION          :
FUND AND ITS BOARD OF TRUSTEES    :
    Plaintiff                   :
                                :
    v.                          :          C.A. No. 07-00110 RBW
                                :
RUSSELL STEEL COMPANY, ET AL.     :
    Defendants                  :

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO EXTEND TIME

Counsel for the parties are engaged in discussions to resolve the case and request that the

Court grant the motion.

Respectfully submitted,

/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
Tel:  202-797-8700
Fax:  202-234-8231

CERTIFICATION

I hereby certify this 16th day of October, 2007 that I caused to be served a copy of the foregoing Memorandum of Points and Authorities in Support of Motion to Extend Time by sending a copy via overnight delivery, postage prepaid to the following parties:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI  02908

Respectfully submitted,

/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
Tel:  202-797-8700
Fax:  202-234-8231

Dated:  October 16, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION          :
FUND AND ITS BOARD OF TRUSTEES    :
    Plaintiff                    :
                                 :
    v.                           :          C.A. No. 07-00110 RBW
                                 :
RUSSELL STEEL COMPANY, ET AL.     :
    Defendants                   :

ORDER

    Upon consideration of the Motion to Extend Time to Respond to Motion for Default and

the absences of exceptions thereto, it is by the Court this _____ day of _____, 2007,

    ORDERED that the motion is granted.

_____          _____
Date                                     United States District Judge
                                         District of Columbia

Respectfully submitted,

/s/ Marc Rifkind_____
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
Tel:  202-797-8700
Fax:  202-234-8231

Dated:  October 16, 2007