UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES </br></br> Plaintiffs, </br></br> v. </br></br> RUSCO STEEL COMPANY, *et al.* </br></br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 07-cv-110 ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

To:    William O'Gara
       317 Iron Horse Way, Ste. 310
       Providence, RI 02908

Please take notice that the undersigned withdraws the attached Motion for Default Judgment, filed on September 19th, 2007, against Defendants Rusco Steel Company a.k.a. Rusco Steel Co., Rusco Steel Fabrication Company, Russell Investments, Inc., and Robert S. Russell ("Defendants"), in the above-captioned case.

Respectfully submitted,

 /s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., NW, Suite 450

                                        Washington, D.C. 20036
                                        (202) 797-8700 (Telephone)
                                        (202) 234-8231 (Facsimile)

Dated: November 28, 2007              Counsel for Plaintiffs National Shopmen Pension
                                                                 Fund and its Trustees

**CERTIFICATE OF SERVICE**

I certify that on this <u>28th</u> day of November, 2007, I served this *Notice of Withdrawal of Plaintiff's Motion for Default Judgment*, *Motion for Default Judgment*, *Affidavit of A.H. Higgs*, *Affidavit of Marc Rifkind*, and proposed *Judgment and Order,* by mailing copies first class, postage prepaid, to the Defendant's attorney at the following address:

William O'Gara
Pannone, Lopes & Devereaux, LLC
317 Iron Horse Way, Ste. 310
Providence, RI 02908


/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., NW, Suite 450
Washington, D.C.  20036
(202) 797-8700 (Telephone)
(202) 234-8231 (Facsimile)

Counsel for Plaintiffs National Shopmen Pension Fund and its Trustees